UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021

Shael Cruz,

          Plaintiff,

–v–

Ahlem Eyewear, LLC,

          Defendant.

20-cv-5654 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 30, 2020, the Court reopened this case upon the Plaintiff's motion and set an initial pretrial conference for January 8, 2021. Pursuant to the Court's Order of September 2, 2020, the parties were required to submit a joint letter and proposed case management plan seven days prior to the initial pretrial conference. The Court has not received the parties' joint letter or proposed case management plan, and the Defendant has not entered an appearance.

    It is therefore ORDERED that the initial pretrial conference scheduled for January 8, 2021, is adjourned to February 12, 2021, at 3:15 p.m.

    It is further ORDERED that the Plaintiff shall serve a copy of this Order on the Defendant and file an affidavit of service as to both this Order and the complaint in this action no later than January 8, 2021. Failure to do so will result in dismissal of this action with prejudice for failure to prosecute.

    It is further ORDERED that the Defendant shall promptly enter an appearance in this case pursuant to Rule 1.I of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: January 4, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge