```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shael Cruz,

        Plaintiff,

–v–

Ahlem Eyewear, LLC,

        Defendant.

20-cv-5654 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's Orders of January 4, 2021, and February 4, 2021, the parties' joint letter and proposed case management plan were due on February 5, 2021.  The Court has not received them.  The parties are ordered to file their joint letter and proposed case management plan by February 10, 2021.

    SO ORDERED.

Dated: February 8, 2021
       New York, New York

                                      ALISON J. NATHAN
                                  United States District Judge